

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00187-CV

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF MAY K. JONES, AN INCAPACITATED PERSON | § On Appeal from Probate Court No. 1 |
| | § of Denton County (PR-2014-00591-01) |
| | § August 18, 2022 |
| | § Memorandum Opinion by Justice Womack |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Kathy Jones-Hospod and Judy Jones shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack